PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v

VICTOR CARRASQUILLO

Crim No: 3:03CR00213(AVC)

Re: **Early Termination of Supervision**

On **October 15, 2002**, the above-named individual was placed on **PROBATION** for a period of 4 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Sandra L. Hunt
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 6TH day of MAY, 2005.

The Honorable Alfred V. Covello,
Senior United States District Court Judge